# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:07-CR-69 (WDO) |
| v. | : | |
| JUAN AIZPU | : | |
| _____ | : | |

## ORDER

Upon the motion of the Government, for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the August term of court to the next term of court. In support of this order the court specifically finds that:

(1)

The Defendant was indicted on July 19, 2007, and charged with distribution of crack cocaine. He was arraigned on August 7, 2007.

(2)

The Government's case will be based on the contents of taped conversations accumulated during the course of the investigation. The Government is in the process of preparing transcripts to correspond to the taped conversations. The tapes and transcripts will be necessary to prove the Government's case-in-chief. The transcripts will not be completed in time for the October term of court.

(3)

WHEREFORE it is ordered that the case be continued to the next term of court. IT IS FURTHER ORDERED that any delay occasioned by the order be deemed excludable delay pursuant to the Title 18, Untied States Code, Section 3161(h) of the speedy Trial Act.

SO ORDERED, this 26th day of September, 2007.

    _s Hugh Lawson_____
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655